# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:26-CR-0276-S |
| | § | |
| ORVIS WAYNE PORTER | § | |

## ORDER ACCEPTING AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE ON COMPETENCY AND COMMITMENT

The United States Magistrate Judge made findings, conclusions, and a recommendation as to Defendant Orvis Wayne Porter's Motion for Psychiatric and Psychological Examination [ECF No. 6]. *See* Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Findings, Conclusions, and Recommendation") [ECF No. 29].

No objections were filed by counsel for Defendant. The Court therefore reviewed the Findings, Conclusions, and Recommendation for plain error.

Finding no error, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation to find that Defendant understands the nature and consequences of the proceedings, can assist properly in his defense, and is competent to proceed in this case.

**SO ORDERED.**

SIGNED November 6, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**